**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 15, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00298-CV
_____

## IN RE SWEET MELISSA'S WE, LTD, LAPT, INC., AND LEAWOOD PLAZA APARTMENTS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-223678**

---

## MEMORANDUM OPINION

On April 16, 2018, relators Sweet Melissa's WE, Ltd, LAPT, Inc., and Leawood Plaza Apartments filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable James H. Shoemake,

presiding judge of the 434th Judicial District Court of Fort Bend County, to vacate his March 16, 2018 order, which requires relators to produce to the court *in camera* a copy of any potential applicable insurance policy.

To obtain mandamus relief, a relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding). Relators have not shown that the trial court clearly abused its discretion. We therefore deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.